# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LYNN SANSOUCIE, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-861-JJF |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| REPRODUCTIVE ASSOCIATES | ) | |
| OF DELAWARE, P.A., | ) | |
| | ) | |
| Defendant. | ) | |

**APPENDIX TO DEFENDANT
REPRODUCTIVE ASSOCIATES OF DELAWARE, P.A.'S ANSWERING BRIEF
IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

**VOLUME I OF III**

David H. Williams (#616)
Jennifer L. Brierley (#4075)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
dwilliams@morrisjames.com
Attorneys for Defendant
    Reproductive Associates of Delaware, P.A.

Dated: March 14, 2005

# TABLE OF CONTENTS

<u>Testimony</u>                                                                <u>Page</u>

Deposition Testimony of Lynn Sansoucie
     January 13, 2005 ..........................................................................B-1

     Scientific Presentations ( Deposition  Exhibits) ...........................................B-96

<u>Affidavits</u>

Affidavit of Marc Portmann
     February 14, 2005 ........................................................................B-99


<u>Documents</u>

Letter to M. Portmann from L. Sansoucie
     October 2000...........................................................................B-106

L. Sansoucie Resume
     October 2000...........................................................................B-107

L. Sansoucie's Application for Employment at RAD
     October 25, 2000.......................................................................B-110

L. Sansoucie's Time Sheets
     October 28, 2000 to May 12, 2001 ..................................................B-112

E-Mail Communication from Dr. Feinberg to L. Sansoucie
     May 6, 2001 ...........................................................................B-128

Payroll Records for L. Sansoucie
     November 2000 to December 2003 ...................................................B-129

Letter of Resignation
     February 4, 2004 ......................................................................B-132

L. Sansoucie Resume
     February 9, 2004 ......................................................................B-133

Medical Technologist Certificate of L. Sansoucie...................................B-137

Clinical Laboratory Certificate of L. Sansoucie ......................................B-138

i

Job Description for Embryologist at RAD.................................................................B-139

Job Description for Andrology/Endocrine Technician at RAD................................B-143

L. Sansoucie Business Card....................................................................................B-147

Scientific Presentations.........................................................................................B-96

Defendant's Answers to Plaintiff's Interrogatories
January 14, 2005 ....................................................................................................B-148

1

1          IN THE UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF DELAWARE

3    LYNN SANSOUCIE,                    )
                                        )
4                    Plaintiff,         )
                                        )
5    v.                                 )    Civil Action
                                        )    No. 04-861-JJF
6    REPRODUCTIVE ASSOCIATES OF         )
     DELAWARE, P.A.,                    )
7                                       )
                     Defendant.         )
8
9         Deposition of LYNN T. SAN SOUCIE, taken pursuant
     to notice at the law offices of Morris, James,
10   Hitchens & Williams, 222 Delaware Avenue, 10th Floor,
     Wilmington, Delaware, beginning at 10:08 a.m., on
11   Thursday, January 13, 2005, before Debra A. Donnelly,
     Registered Professional Reporter and Notary Public.

12   APPEARANCES:

13        JEFFREY K. MARTIN, ESQUIRE
          MARGOLIS EDELSTEIN
14            1509 Gilpin Avenue
              Wilmington, Delaware  19806
15            for Plaintiff

16        DAVID H. WILLIAMS, ESQUIRE
          JENNIFER L. BRIERLEY, ESQUIRE
17        MORRIS, JAMES, HITCHENS & WILLIAMS
              222 Delaware Avenue, 10th Floor
18            Wilmington, Delaware  19801
              for Defendant

19

20

21   - - - - - - - - - - - - - - - - - - - - - - - - - -

22              CORBETT & ASSOCIATES
           REGISTERED PROFESSIONAL REPORTERS
23    1400 FRENCH STREET    WILMINGTON, DELAWARE  19801
                  (302) 571-0510

24

                 CORBETT & ASSOCIATES                    B - 1

LYNN T. SAN SOUCIE

2

1              LYNN T. SAN SOUCIE,

2         having been first sworn on oath, was

3         examined and testified as follows:

4                    EXAMINATION

5    BY MR. WILLIAMS:

6         Q.    My name is David Williams, and I, as you know,

7    I represent Reproductive.  Jennifer Brierley, who also

8    represents Reproductive, is here with me.  When I say

9    Reproductive, I am referring to Reproductive Associates

10   of Delaware --

11        A.    Okay.

12        Q.    -- in a shorthand way, so we understand each

13   other.

14                    Have you been deposed previously?

15        A.    No.

16        Q.    I will over the course of the next few hours

17   be asking you a series of questions.  If you don't

18   understand a question, please tell me that you don't

19   understand it, and I will --

20        A.    Okay.

21        Q.    -- attempt to rephrase it so that you do

22   understand it.  This is not an endurance contest.  If you

23   want to take a break for any reason, just let me know,

24   and we will take a break.

LYNN T. SAN SOUCIE

3

1      A.   Okay.

2      Q.   If you do answer a question, I'm going to

3  assume that you did understand it and that your answer is

4  responsive to the question.

5      A.   All right.

6      Q.   Fair enough?

7      A.   Fair enough.

8      Q.   Is there any reason why you can't testify

9  fully and fairly and accurately today?

10            Are you taking any medications or

11  operating under any other circumstance which would

12  inhibit you from testifying?

13      A.   Oh, no.  No.

14         MR. MARTIN:  And let me, since you have

15  not done this before, let me make sure you let

16  Mr. Williams complete his --

17         THE WITNESS:  Okay.

18         MR. MARTIN -- his question and then you

19  will have a full opportunity.  Otherwise, the record is

20  not going to read real well.

21         THE WITNESS:  Okay.  Thank you.

22  BY MR. WILLIAMS:

23      Q.   I want to start by asking you about your

24  educational background.  And I don't want to go back to

4

1   the beginning of time, but let's start after high school,

2   and if you could just walk me through your education post

3   high school?

4        A.   I went to Hahnemann, at which point I went

5   there for an MLT.

6        Q.   That's Hahnemann Medical College?

7        A.   Yes.  In 1973.  And then I --

8        Q.   Let me stop you there.

9             What is an MLT?  Is that what you said?

10        A.   Right.  That's what I went there for, medical

11   lab technician.

12        Q.   Okay.

13        A.   And then I went on for further studies at, I

14   took some courses at Rutgers to get my B.S., Bachelor of

15   Science in biology.

16        Q.   Can you give us a time frame?

17        A.   Maybe -- I'm not really sure of the year when

18   I went there.  Not Rutgers, Rowan.  I'm sorry.  Rowan

19   College.

20        Q.   Let me hand you a document which has been

21   marked for identification as D1 through D4, and ask you

22   to turn to the third page.  Maybe that will help you.

23             Let me first say, Jeff, I don't think we

24   need to mark these separately as deposition exhibits

5

1   since they already bear identification numbers and have

2   been produced, or will be produced, I guess, in the

3   litigation.

4                    MR. MARTIN:  I agree.

5                    MR. WILLIAMS:  And the D obviously

6   designates defendant, and then we have stamped the Bates

7   stamps for the documents sequentially.

8                    MR. MARTIN:  Just for clarification,

9   though, when -- we are at the end of our discovery

10  period.  When are they going to be produced?

11                   MS. BRIERLEY:  Tomorrow.

12                   THE WITNESS:  Okay.

13  BY MR. WILLIAMS:

14       Q.    Turning back to the first page, can you

15  identify the document?

16       A.    Yes, this is mine.  This is my resume.

17       Q.    And the first page is a cover letter to Marc.

18  Is that Marc Portmann?

19       A.    Correct.

20       Q.    And Marc Portmann is an employee of

21  Reproductive?

22       A.    Correct.

23       Q.    And I assume that you prepared the resume?

24       A.    Yes.

CORBETT & ASSOCIATES

B - 5

LYNN T. SAN SOUCIE

6

1     Q.    I asked you a few minutes ago to try to give

2     us a time frame on what you were describing as your

3     educational background.  You referred to Hahnemann and

4     indicated that you received a medical technology degree

5     in 1975.  Is that accurate?

6     A.    I didn't finish my degree there.

7     Q.    Okay.

8     A.    I went on to Rowan to further --

9     Q.    How many years -- I'm sorry.

10    A.    I was there almost two years, and I didn't

11    take my MT there.  I took it privately.  I got my CLT.

12    Q.    What is that?

13    A.    Clinical lab technician.  You can take an

14    MLT -- what is that called?  There is an MLT degree with

15    some other -- I don't know what -- ASCP.  I didn't take

16    my ASCP, I took my CLT.  And I have the certificate for

17    that.  I passed that.  And I went on also to Rowan to

18    take some more courses for my Bachelor of Science.  I am

19    now still continuing my education in Bachelor of Science.

20    I have two courses left, which I should be done before

21    the end of this year.  I just have two more courses to

22    take and I will have my Bachelor of Science in healthcare

23    administration, which I stated there.  Actually, I will

24    have it before 2006.  I should have it in another couple

LYNN T. SAN SOUCIE

7

1    months.   And exactly where I stated there, California

2    College of Health Science.

3                    So I have my MLT, I am a medical lab

4    technician, that's what I am, CLT, and I also have a CLP,

5    which is a clinical lab practitioner certification.   And

6    I have the equivalent now of my Associate's Degree

7    because I am two credits short of, which I have had all

8    along anyway, two credits short of my Bachelor's.

9        Q.   Okay.  If you turn back to the first page of

10   the document, which is marked D1, you described yourself

11   as a medical technologist.

12                    Was that an accurate description at the

13   time that this was prepared?

14       A.   Well, I'm not sure what the question is.

15       Q.   Well, you described yourself as a medical

16   technologist, and I assume that that was an accurate

17   description of how you viewed your status and

18   qualifications as of the time you prepared this document?

19       A.   In my eyes, yes.

20       Q.   Okay.  And how would you describe the

21   qualifications and skills that a medical technologist

22   possesses?

23       A.   I would describe them as, actually, the same

24   as any laboratory worker.  They do the same -- everyone

8

1    does the same thing in a lab.  So you're -- I was a lab

2    professional, and I was a senior med tech at Lady of

3    Lourdes.

4        Q.    Can you tell me when the document was

5    prepared?  By that I am referring to D1.

6        A.    When I applied there part time every other

7    weekend while I was working at Bryn Mawr.  So it would be

8    2001.

9        Q.    Okay.  So you were already working part time

10   at Reproductive at that point, and you were applying for

11   a full-time position?

12       A.    No, this is when I applied for the part time

13   every other weekend in the lab.

14       Q.    Okay.

15       A.    In the laboratory.

16       Q.    If you turn to D3, I think you've already

17   testified on this point, but it identifies about

18   three-quarters of the way down the page under the heading

19   certifications, it identifies the various certifications

20   you possessed?

21       A.    Right.  Correct.  That's what I was

22   explaining.  MLT, clinical lab tech, clinical lab

23   practitioner, and Associate's.

24       Q.    Okay.  And, in fact, you provided to

CORBETT & ASSOCIATES          B - 8

1    Reproductive at least a couple of your certificates.    Is

2    that correct?

3         A.    Correct.

4         Q.    I'm going to hand you a document that's been

5    identified as D5 and ask if you can identify that

6    document?

7         A.    That's correct.

8         Q.    That's one of your certificates?

9         A.    That's one of them.   I have a renewal on that

10    one, too.

11         Q.    And what is this organization, The National

12    Certification Agency?

13         A.    NCA, that's one of the certification agencies

14    that you have a choice of taking when you finish being

15    trained in the laboratory, you can take this or you can

16    take ASCP.   You have a choice.

17         Q.    And what do you have to do in order to secure

18    the certification?

19         A.    You have to work in a lab, you have to have a

20    certain amount of credits, college credits, you have

21    to -- you can also go by work experience, how long you've

22    worked.

23         Q.    So it's a combination of your educational

24    background and your work experience?

10

1      A.    And/or work experience.

2      Q.    I'm going to hand you a document that's marked

3  as D6 and ask if you can identify that document?

4      A.    Okay.  This is mine.

5      Q.    And that's a certification as a medical

6  technologist?

7      A.    That's through sending in all of your

8  qualifications to them and then they decide if you are

9  qualified to get this.  And you can be part of that then.

10     Q.    Do you know when you received the

11  certification that you have in your hand?

12     A.    I don't know when.  That was a while back.

13  Quite a while back.  I had the stickers on my original

14  one, which I have, but this is a copy.

15     Q.    Okay.  It was before you went to work for

16  Reproductive?

17     A.    Oh, yes.  Way before.

18     Q.    Let's talk about your work experience in the

19  profession prior to the time you came to Reproductive.

20  And, again, the resume may help you with respect to the

21  time frames.

22           What was your first employment in the

23  profession?

24     A.    Metropolitan Hospital in Philadelphia, 1975 to

11

1    1988. And then they closed down.

2         Q.    What did you do there?

3         A.    I started out in the Urinalysis Department,

4    and then I went to hematology, at which time I was

5    trained after that for radioimmunoassay.  When a position

6    would open, you would be allowed to apply for it, because

7    it was union, and to better yourself.  So each time I

8    would apply for a different job and I would get it.  And

9    then I was -- then if there were layoffs, you would take

10   another position as they had layoffs.  So I ended up in

11   Radioimmunoassay Department, trained in that.

12        Q.    What does that mean?

13        A.    I tested thyroid testing.  It's done by

14   radioactive material.  So I did endocrine testing,

15   thyroid testing, hepatitis testing, infectious disease

16   testing.  It was specialized, actually.

17        Q.    These are testing of tissue or blood samples?

18        A.    Blood samples.  Blood samples with radioactive

19   material.  And I also worked in the Chemistry Department.

20   So then I became a generalist.

21             At the last layoff I was in charge of

22   the RAA Department and the Phlebotomy Department, drawing

23   of bloods and central receiving.  And then it came down

24   to I was the next one to be laid off if I stayed, and the

12

hospital was closing in December, so I went to our Lady

of Lourdes to apply for a job and got a job in

hematology.

Q.    Before we get to that, you worked at

Metropolitan Central Hospital for a total of 13 years?

A.    Correct.

Q.    And that would be 1975 through 1988?

A.    Yes.

Q.    Did you for that time frame, did you work on a

full-time or a part-time basis?

A.    Full-time basis.

Q.    I assume that during that time you received

training, specialized training to enhance your

professional skills in some of the areas that you've

described?

A.    Well, I had to be trained in each department

because everyone does something differently.

Q.    Is it fair to say that in every lab there are

protocols, and so that there is always some training

required, even if you are highly qualified and

experienced, in order to become familiar with the

protocols in that particular lab?

A.    Yes.

Q.    During the time that you were employed by

CORBETT & ASSOCIATES

```
 1    Metropolitan Central Hospital, did you receive a salary?

 2            A.    Hourly wage.

 3            Q.    You were a member of a union?

 4            A.    Yes.   Local Union 1199-C.

 5            Q.    And were all the individuals working in the

 6    lab union?

 7            A.    Yes.

 8            Q.    During that 13-year period you had some

 9    supervisory responsibility over other people who were

10    working in the lab?

11            A.    Central receiving and phlebotomy.

12            Q.    You had supervisory responsibility?

13            A.    Yes.

14            Q.    And the people that you supervised worked in

15    the lab?

16            A.    Yes.

17            Q.    How many people did you supervise?

18            A.    Three.

19            Q.    And I assume that you also received benefits?

20            A.    Medical benefits, everything, a package.

21            Q.    And during this time how would you describe

22    yourself, as a medical technologist?

23            A.    Medical lab technician.

24            Q.    And what's the difference between a medical
```

1    technologist and a medical lab technician?

2          A.    I didn't have a Bachelor's or equivalent of

3    it. As far as duties, there weren't any duties.   There

4    was a pay difference, but not dutywise.

5          Q.    At what point, in your view, did you become a

6    medical technologist?

7          A.    When they -- they had a grandfather clause

8    that came about, oh, when I worked at our Lady of

9    Lourdes.  And people that have been a medical lab

10   technician before a certain year were grandfathered in

11   and accepted, and that's when I sent my information to

12   that clinical lab practitioner, for them to see if I was

13   able to be certified.

14         Q.    That's the point at which you --

15         A.    Yeah.  Yeah.

16         Q.    -- received the certificate --

17         A.    Correct.

18         Q.    -- that I showed you earlier that's marked as

19   D6 --

20         A.    Correct.

21         Q.    -- certifying that based upon a combination of

22   education and work experience you qualified as a medical

23   technologist?

24         A.    Yes.

15

1          Q.    Is this a nationally-recognized certification

2     agency?

3          A.    I'm not sure.  I'm not sure.  It was offered

4     in one of the lab magazines, which is where I got my

5     schooling information that I'm doing now.

6          Q.    The Metropolitan Hospital closes down in 1988,

7     and you became an employee of our Lady of Lourdes Medical

8     Center?

9          A.    I left there before it closed.  It closed in

10    December.  I didn't stay for that.  I left -- I believe I

11    started, I think it was September of that year at Lady of

12    Lourdes.

13         Q.    What position did you assume at Lady of

14    Lourdes?

15         A.    I worked in hematology lab just as a

16    laboratory worker in hematology.

17         Q.    Were you promoted during the time that you

18    were at Lady of Lourdes?

19         A.    I was promoted.  I was promoted to, at that

20    time it was RAA lab, which later -- well, in the meantime

21    I had also taken this position at Dr. Gordon's office

22    in-between that.  Taken that.  And I worked there, it

23    wasn't full time, and I set up his lab for hematology and

24    did his oncology testing there.  I would draw bloods and

16

1    run the blood counts, the CBC's there.

2        Q.    When you referred and pointed to the paper of

3    this position, you are pointing to the page that's marked

4    D3?

5        A.    Yes.

6        Q.    And that's a part of your resume?

7        A.    Right.

8        Q.    So you were working part time for Dr. Gordon

9    during --

10       A.    Metropolitan.

11       Q.    From 1985 through 1988?

12       A.    Yes.

13       Q.    When you say you set up and maintained the

14   oncology lab, there wasn't an oncology lab being operated

15   by Dr. Gordon until such time as you arrived.  Am I

16   understanding that correctly?

17       A.    Yes.  He might have had one somewhere else,

18   but not where I was setting it up in Cherry Hill.

19       Q.    And part of setting it up was determining what

20   kind of instrumentation you needed and what supplies were

21   needed and then ordering all that stuff and assembling

22   it?

23       A.    Yes.

24       Q.    You also, I assume, worked in the lab as

17

1    needed as a medical technologist?

2          A.    I did.

3          Q.    Was anybody else working in the lab other than

4    you?

5          A.    We had a nurse that would be there, but she

6    didn't run any of the blood tests.  Just me.

7          Q.    She would draw blood?

8          A.    Sometimes.

9          Q.    And you would also do that sometimes?

10         A.    Yes.

11         Q.    But with respect to testing of samples, you

12   would do all that in the lab?

13         A.    Yes.

14         Q.    And that part-time position ended, or did it

15   extend into the time period when you were employed by

16   Lady of Lourdes?

17         A.    It ended.  I left it because I couldn't deal

18   with the cancer patients dying.  It wasn't for me.

19         Q.    So you did have patient contact, I assume?

20         A.    A lot.

21         Q.    And that patient contact and the patients

22   dying is something that you didn't find appealing?

23         A.    I couldn't detach from them, where other

24   people that worked there wouldn't get emotionally

1    involved.   But I did, and that was a problem.

2         Q.   So then we are talking about Lady of Lourdes?

3         A.   Yes.

4         Q.   And again your position there was a full-time

5    position?

6         A.   Full-time position.   You asked me about

7    getting promoted.   I got promoted.   A position opened up

8    in the radioimmunoassay, so I got promoted there.   And

9    then I was made senior tech, which meant I over -- I had

10   about four employees that worked under me as I over --

11   would oversee everything that went on.   I also ran the

12   testing.   And that lab was endocrine, hepatitis testing

13   again, and that was done with a gamma counter.

14   Radiation, it would measure radiation with the test,

15   which later turned into a special chemistry lab where

16   they no longer did any of the testing with a gamma

17   counter.   And that was immunoassays.   And I remained

18   there.   I also did some phlebotomy work for them.   You

19   would have to go on the floor and draw blood from the

20   patients.   That was required.   I ordered.   I went for

21   some advanced testing.   They would send me to learn about

22   instruments.   I did all of the quality control in there.

23             And then I was laid off, at which point

24   I left.

B - 18

CORBETT & ASSOCIATES

LYNN T. SAN SOUCIE

19

1    Q.   Were you laid off because the hospital closed

2    or the lab closed or --

3    A.   The hospital laid off a lot of people that --

4    they closed that department down.  They were trying to

5    save money, so a lot of departments were done away with.

6    Q.   So that particular hospital stopped doing the

7    kind of testing that you were doing?

8    A.   They did it for a little while, but they said

9    they were sending them out.  I don't know if they did.

10   They were going to send the testing out.

11   Q.   Is it fair to say that in your profession,

12   like a lot of professions, there is a constant process of

13   learning new technology, learning about new instruments,

14   new procedures that might be used to test samples?

15            MR. MARTIN:  I'm going to object to the

16   characterization, Dave.  You used the term profession,

17   and that's my objection.  But she can go ahead and

18   answer.

19            MR. WILLIAMS:  Well, let me ask a

20   question about that.

21   BY MR. WILLIAMS:

22   Q.   In your letter of interest to Reproductive,

23   which is marked D1, can you turn back to the first page?

24   A.   (Witness complies.)

20

Q.   You describe yourself in the fourth line down as a loyal professional.

Isn't it fair to say that you thought of yourself as a professional?

A.   In terms of that interpretation, a professional is anyone that has a skill, and that's -- I had a skill.

Q.   Can you turn to page D2.  In the middle of the page there is a heading that you labeled professional experience.  That's the descriptor that you used in preparing your resume?

A.   Correct.

Q.   I want to return to my question.

Is it fair to say that there is a learning, a constant kind of learning process to learn about new instruments that are being used and new procedures, that you are also learning about different, different areas of testing over the years of your work experience?

A.   I'm not sure of that question.

Q.   Well, between the time that you went to work for Metropolitan Central Hospital in 1975 and the time you left Lady of Lourdes in 2000, is it fair to say that you learned a lot of things about being a medical

LYNN T. SAN SOUCIE

21

1    technologist?

2         A.    I learned a lot of things, but I have to say

3    it's because I wanted to.  You can stay in one position

4    your entire life, but that wasn't what I wanted to do.

5         Q.    You wanted to develop your knowledge base and

6    to grow as a medical technologist?

7         A.    I would just be bored doing one thing.

8         Q.    Okay.  When you worked at Lady of Lourdes, did

9    you receive a salary?

10        A.    Hourly wage.

11        Q.    Was that a union environment?

12        A.    No.

13        Q.    And did you receive benefits?

14        A.    Yes.

15        Q.    Where did you go after you left Lady of

16   Lourdes?

17        A.    Went to Bryn Mawr Center for Reproductive

18   Medicine.

19        Q.    What was your position there?

20        A.    I went there to do -- I actually had to be

21   trained to do andrology testing.

22        Q.    What is andrology testing?

23        A.    Testing of sperm for preparation for the IVF

24   Department.

LYNN F. SAN SOUCIE

22

1          Q.    Describe what is involved in that testing?

2          A.    Processing the sperm, reading a count, a sperm

3    count, looking at it under the microscope, identifying

4    the sample, putting the patient into the room, keeping

5    logs of quality control.  What else?  And freezing and

6    thawing of sperm, too.

7          Q.    Does the freezing and thawing of sperm involve

8    some exercise of judgment and discretion as to how and

9    when you do that?

10         A.    When it's needed.  Like if they need it, then

11   they will tell you I need it right now, as far as

12   thawing.  Freezing, you freeze it when it's a lab order

13   and they call for freezing it.

14         Q.    Does the proper thawing of sperm require some

15   skill?

16         A.    It's not a difficult procedure.  It's very

17   easy.  You leave it at room temperature.

18         Q.    What else did you do at Bryn Mawr?

19         A.    Well, at that point, after I had been there

20   for a while, I was being trained in the IVF Department,

21   so I was trained on doing -- they started training me on

22   retrievals, various things in the lab.  The only thing I

23   hadn't really been trained on when I was there was doing

24   ICSI, which is injecting the sperm into an egg, and I was

1    going to be sent for that.  And I had applied then for

2    this part-time position because I needed to supplement my

3    income.  So that's when I applied.  I saw an ad for

4    part-time laboratory personnel on a weekend.  So that's

5    when I responded to Marc at Reproductive for the

6    part-time position in the lab, still working there and

7    keeping both jobs.

8         Q.    Let's back up and define a couple of the

9    acronyms that you used.

10                    The IVF is an acronym for in vitro

11   fertilization?

12        A.    Yes.

13        Q.    And ICSI is I-C-S-I?

14        A.    Yes.

15        Q.    And that is an acronym for some technical

16   terms?

17        A.    Yes, for intracellular sperm injection.

18        Q.    And a few minutes ago in your prior answer you

19   described that that involved injecting sperm directly

20   into the egg?

21        A.    Yes.

22        Q.    Would it be fair to say that that is a highly

23   technical process that requires skill?

24        A.    Basically anyone can do it if they're shown

LYNN F. SAN SOUCIE

24

1    how.

2         Q.    Isn't it correct to say, however, that the

3    ICSI technique is not always successful, depending upon

4    how skillfully it's executed?

5         A.    Yeah, you can -- well, you can ruin an egg or

6    whatever, sure.

7         Q.    And that's obviously a problem?

8         A.    Right.

9         Q.    If an egg gets ruined?

10        A.    Well, yes.  But it happens.  It's human.

11        Q.    What else did you do at Bryn Mawr?

12        A.    What else did I do?  That's everything.

13        Q.    Is that it?

14        A.    Yeah.

15        Q.    Now, you mentioned that you --

16        A.    Oh, I did one more thing there.  SPA's, sperm

17   penetration assay.  That was to see if the -- they used

18   that as a test, other places don't always use that, to

19   see if the person needed ICSI.  If it was low, if the

20   sperm wasn't able to penetrate a mouse, actually, I mean,

21   a hamster egg, then you knew that it wouldn't penetrate a

22   human egg.  So I did that testing, too.  That was in the

23   andrology lab.

24        Q.    You mentioned while you were working at Bryn

CORBETT & ASSOCIATES

B - 24

LYNN F. SAN SOUCIE

25

1    Mawr, as I understand it, you secured a part-time

2    position at Reproductive.  Is that correct?

3         A.    Yes.

4         Q.    And you earlier described that as a position

5    which involved working weekends every other weekend.  Is

6    that correct?

7         A.    Every other weekend.

8         Q.    And you kept time sheets, did you not?

9         A.    Yes, for every other weekend.

10        Q.    And the time sheets recorded the hours you

11   worked?

12        A.    Yes.

13        Q.    Let me just put a document that's marked D16

14   in front of you and ask you, is that an example of the

15   employee time sheet --

16        A.    Yes.

17        Q.    -- that you would fill out?

18        A.    Yes.

19        Q.    And then you would be paid by Reproductive on

20   an hourly basis for the hours worked?

21        A.    Yes.

22        Q.    What were you doing when you were working for

23   Reproductive on a part-time basis on weekends?

24        A.    I would draw the blood, run it, also process

CORBETT & ASSOCIATES                    B - 25

1    any andrology specimens, the sperm preps for IUI's that

2    they needed, which is they would inseminate the sperm.

3    That's it.

4         Q.    When you say you would run it, what does that

5    mean?

6         A.    They had an instrument there that you would

7    have to put the serum after you separate it from the

8    blood and put it on the instrument.  The instrument would

9    run the test for whatever you tell it the patient needs,

10   and then it will be reported out, write it on a report

11   sheet.

12        Q.    At some point you applied for a full-time

13   position with Reproductive?

14        A.    I told them I was interested when they had a

15   position, yeah.  Actually, Marc came to me and asked if I

16   would be interested and I said sure.

17        Q.    What was your understanding of the position,

18   full-time position that was available?

19        A.    In the beginning I would help them get the Lab

20   Corp stuff set up that was to send out for bloods and

21   things like that, coordinate that.  And to be trained in

22   IVF.  But I would still have to continue working on the

23   weekends with -- until they, you know, or if they got

24   someone else.

LYNN F. SAN SOUCIE

27

1          Q.    Was it at that point when you learned that

2    there was a full-time position at Reproductive that you

3    submitted the letter and resume that is in front of you

4    that's marked D1 through D4?

5          A.    No, that was for the lab job.

6          Q.    That was for the part-time position?

7          A.    Right.  Right.  I didn't submit anything.

8          Q.    I'm handing you an application for employment,

9    which is marked D7 and D8.  Was this application

10   submitted at the time you were applying for the part-time

11   position or the full-time position?

12         A.    2000?  I'm not sure of the date that I started

13   there.  I think this was the part time.  This was the

14   part time, I believe.

15         Q.    When the full-time position opened up, did you

16   submit an application?

17         A.    No.

18         Q.    I am placing before you a document that's been

19   marked for identification as D32.  It is an e-mail dated

20   May 6, 2001, from, I believe it's from Dr. Feinberg?

21         A.    Yes.

22         Q.    To you?

23         A.    (Witness nods head in the affirmative.)

24         Q.    Is that correct?

28

1      A.    Yes.

2      Q.    Did you receive this e-mail?

3      A.    Yes, I did.  To my computer, yes.

4      Q.    And the subject is welcome aboard.  Is that

5  correct?

6      A.    Yes.

7      Q.    Is this welcoming you aboard to status as a

8  full-time employee at Reproductive?

9      A.    Yes.

10     Q.    And it outlines a number of things about the

11  position that you were assuming at Reproductive.  Is that

12  right?

13     A.    Yes, it does.

14     Q.    The first paragraph talks about IVF laboratory

15  responsibilities.  That's the in vitro fertilization lab?

16     A.    Yes.

17     Q.    And describes an immediate need to have you

18  learn all aspects of IVF, ICSI, and micromanipulation?

19     A.    That's part of ICSI.

20     Q.    Okay.  And when you came on board at

21  Reproductive as a full-time employee, did that process,

22  in fact, occur of learning all aspects of those various

23  duties?

24     A.    Their -- it was learning all aspects of duties

CORBETT & ASSOCIATES                    B - 28

29

their way.

Q.   You already had a lot of skills, and learning
it their way with all their protocols in the labs that
Reproductive operated?

A.   Yes.

Q.   Reproductive operated an IVF lab.  Correct?

A.   Correct.

Q.   And it also operated an endo/andro lab?

A.   Yes.

Q.   What is the endo/andro lab as distinguished
from the IVF lab?

A.   That's just where the bloods were run and the
sperm was processed, but it all kind of intertwined.

Q.   Dr. Feinberg invited you to attend at
Reproductive's expense the ICSI course in Norfolk,
Virginia, in July.

Did you attend?

A.   He didn't invite me.  That was one of the
things I told him I already had paid through Bryn Mawr,
that Bryn Mawr paid, and in order for me to leave, I
wouldn't feel right that they had paid for the course.
If they had wanted me to start, would he reimburse them?
And he agreed.  And I said that would be the only way I
would accept this position.  They came at me for the

LYNN F. SAN SOUCIE

30

1       position.  And he agreed to that.

2           Q.    How long was this ICSI course in Norfolk?

3           A.    It was a week.

4           Q.    So this was a full week of training on the

5       ICSI procedure?

6           A.    Yes.

7           Q.    And would it be fair to assume that the full

8       week -- well, let me back up and ask this question.

9       Prior to July of that year, did you perform the ICSI

10      procedure?

11          A.    No.   That's why Bryn Mawr was sending me.

12          Q.    In order to acquire that skill?

13          A.    Yes.

14          Q.    And I just asked about whether it was a full

15      week of training.  I mean, this is all day for five days.

16      Is that --

17          A.    It wasn't all day.  It was maybe half a day.

18      It wasn't that good a course, I may add.

19          Q.    And in the last sentence of numbered paragraph

20      1 -- well, even before that it talks about Dr. Michael

21      Tucker.  Were you familiar with Dr. Michael Tucker?

22          A.    Yes.  He oversaw the lab.  He was the

23      director.

24          Q.    And Dr. Michael Tucker is a recognized

1  specialist in this area?

2      A.   Yes.  He has a Ph.D. and he is an IVF

3  specialist.

4      Q.   Did you spend time with him in his lab in

5  Atlanta?

6      A.   Yes.

7      Q.   How much time did you spend in his lab in

8  Atlanta, or at Shady Grove?

9      A.   I think two days.

10      Q.   And did Dr. Tucker provide you with some

11  training during that time period?

12      A.   It was mainly to see another lab.

13      Q.   So are you saying that he didn't provide you

14  with training?

15      A.   Correct.

16      Q.   He did not?

17      A.   He did not.

18      Q.   Let me hand you a document that's marked D12

19  through D15 and ask you to identify that document?

20      A.   Yes, it's mine.

21      Q.   When did you prepare it?

22      A.   After I left Reproductive.

23      Q.   This is the resume that you prepared as an

24  embryologist after you left Reproductive?

LYNN T. SAN SOUCIE

32

1      A.   Yes.

2      Q.   And you were seeking employment as an

3 embryologist?

4      A.   Yes.

5      Q.   And you were making representations to

6 prospective employers about your professional training

7 and experience?

8      A.   Yes.

9      Q.   If you turn to D15 --

10     A.   Okay.

11     Q.   -- there is a heading called further

12 information.

13             Do you see that?

14     A.   Right.

15     Q.   The third sentence says you observed and

16 trained under Dr. Michael Tucker daily operation and

17 procedures in the IVF lab, including retrievals, ICSI,

18 embryo freeze, transfers, assisted hatching,

19 endocrinology testing.  And then you describe a time

20 period from November 23 to November 27, 2001?

21     A.   Correct.

22     Q.   So you were representing to prospective

23 employers that you trained under Dr. Tucker.  Isn't that

24 correct?

B - 32

CORBETT & ASSOCIATES

LYNN T. SAN SOUCIE

33

1      A.    In my lab I trained under Dr. Tucker.  He came

2  up to our lab quite often, and if I had a question for

3  him, he would sit down and show me or answer me.

4      Q.    You mention Dr. Tucker's name in this resume

5  because he is nationally recognized as one of the leading

6  people in the field.  Is that correct?

7      A.    I mentioned his name because it was just

8  someone that I had been trained by.

9      Q.    You were trained by other people that you

10 didn't mention, but you mentioned him.  My question is --

11     A.    Okay.

12     Q.    Am I correct that he is one of the most widely

13 respected and recognizable names in this field?

14     A.    You are correct in saying that.  That wasn't

15 my intention.

16     Q.    Going back to the e-mail from Dr. Feinberg,

17 which is D32, the last sentence of paragraph 1

18 Dr. Feinberg says that, As a result of these terrific

19 training opportunities, I feel confident that you will

20 soon join Marc in the elite, quote, best 1 percent, close

21 quote, club of embryologists.  Do you see that?

22     A.    Yes.

23     Q.    So was that your understanding of

24 Dr. Feinberg's anticipation, that you would not just be

B - 33

CORBETT & ASSOCIATES

LYNN T. SAN SOUCIE

34

1    an embryologist, but be among the best embryologists?  Is

2    that your understanding of what he was communicating to

3    you?

4        A.    I -- I took that as a pep talk.

5        Q.    Meaning that you didn't think he seriously

6    intended for you to become a member of the elite club of

7    embryologists?

8        A.    I don't know what his intentions were.  I'm

9    sure he wanted me to do the best that -- I mean, he is

10   hiring me.  That would be something you would want when

11   you hire someone, sure.

12       Q.    And, in fact, wouldn't it be fair to say that

13   at least as of the time you left Reproductive, it's your

14   belief that you were a good embryologist?

15       A.    Sure.

16       Q.    Well trained, good experience as an

17   embryologist?

18       A.    I still needed more experience and training.

19       Q.    In order to achieve what objective?

20       A.    To get my confidence up.

21       Q.    The second paragraph talks about the

22   andro/endo lab.  Is that correct?

23       A.    Correct.

24       Q.    And describes that you would, in addition to

CORBETT & ASSOCIATES

B - 34

LYNN H. SANGSTER

35

working in the IVF lab, you would have responsibilities

with day-to-day work in the andro/endo lab, and describes

the various kinds of tasks that would be performed in

that lab.  Is that right?

    A.    Correct.

    Q.    And of the items listed there, did you perform

all of those, all of those duties?

    A.    Yes.

    Q.    When you worked in the andro/endo lab, did you

supervise anyone else?

    A.    I wasn't considered a supervisor, but he did

put me in charge of overseeing things because of the

language barrier with Tsai, who is the other gentleman

that worked there.

    Q.    When you worked in the andro/endo lab, you

worked independently?

    A.    No, Marc was in charge of me.  He made

decisions.

    Q.    Was Marc in the andro/endo lab at all times

you were there?

    A.    He wasn't in the room all the time.

    Q.    As you performed a semen analysis, for

example, you would do that independently, would you not?

    A.    Yes.  Yes, I would.

B - 35

LYNN T. SAN SOUCIE

36

1      Q.    And the same thing with -- well, let's just go

2  down the list of items here, and tell me with respect to

3  each item whether you worked independently.

4      A.    I did phlebotomy independently.  I ran the

5  endocrine assays, semen analysis, sperm freezing and

6  sperm prep independently.

7      Q.    When things were really busy in the IVF lab,

8  you would spend time in the IVF lab.  Is that right?

9      A.    In the beginning very little time, yes.

10      Q.    As time went on, you would spend more and more

11  time in the IVF lab?

12      A.    When we got someone else to come in and work.

13      Q.    And that's because the IVF lab was

14  sufficiently busy that there was a need for more than one

15  embryologist at the peak periods?

16      A.    When we were up in cycle, yes.

17      Q.    And then there were times when the IVF lab

18  wasn't so busy and you might spend more of your time in

19  the endo/andro lab?

20      A.    Yes.

21      Q.    With respect to your work schedule, paragraph

22  3 talks about your schedule.  You didn't punch a clock or

23  keep time cards, did you?

24      A.    No.

B - 36

CORBETT & ASSOCIATES

LYNN F. SAN SOUCIE

37

1        Q.    And there was flexibility in your schedule in

2    the sense that if things were really slow, you wouldn't

3    necessarily work the full range of hours, you might take

4    a long lunch or even leave early if things were slow?

5        A.    I never did.  I never did.

6        Q.    You are telling me you never did?

7        A.    I never did.

8        Q.    Did you receive the title of associate lab

9    manager?

10       A.    Yes.

11       Q.    Your compensation, you were paid at the outset

12   an annualized salary of $62,500?

13       A.    Yes.

14       Q.    And that salary was paid to you on a monthly

15   basis?

16       A.    Yes.

17       Q.    In equal monthly installments, I assume?

18       A.    Yes.

19       Q.    During the time that you were at Reproductive,

20   did you receive salary increases?

21       A.    I received one.

22       Q.    What was that increase?

23       A.    I think I went to 65/5.

24       Q.    What benefits did you receive?

CORBETT & ASSOCIATES

LYNN T. SAN SOUCIE

38

1    A.    Medical benefits.

2    Q.    Was that just for you or were there any

3    dependents covered?

4    A.    It was for my husband and I and my

5    stepdaughter, which I later dropped.

6    Q.    Did you receive 401(k) benefits in the form of

7    matching contributions?

8    A.    I never got any because you have to be there a

9    certain time, but we were all part of it.  I did put some

10   money in.

11   Q.    Life insurance?

12   A.    Yes.

13   Q.    Long-term disability?

14   A.    I'm not sure if that was part of the package,

15   but possibly.

16   Q.    You are not saying it wasn't, you just don't

17   remember?

18   A.    I just don't know.

19   Q.    In addition to what we've already talked

20   about, Reproductive paid for you to attend various

21   national meetings and to coauthor scientific work?

22   A.    It paid for one meeting, the ASRM.

23   Q.    And how often did you go to that meeting?

24   A.    I only went once.

CORBETT & ASSOCIATES

LYNN T. SAN SOUCIE

39

Q.    What's the ASRM?

A.    It's the Association for Reproductive
Medicine.  And I was able to go because one of the nurses
was pregnant and backed out so they asked me if I wanted
to go.

Q.    What was that meeting?

A.    It was -- they have it every year, and it's
for all the people that have anything to do with IVF,
whether you are andrology, embryology, a nurse in the
office, a secretary in the office.  And it -- they have a
lot of -- it's actually promoting new products and things
and a lot of lectures.

Q.    Did you coauthor any scientific works?

A.    I got some data for them out of the computer
for some scientific projects that Marc was writing up.

Q.    Did your name appear on any?

A.    They did put my name on it.

Q.    How many scientific works?

A.    There is a couple of them that I did some
research.  I think it's in my resume.  Offhand, I don't
remember.  One was a poster presentation, D15.
Blastocyst cryopreservation.

Q.    Okay.  You are referring to the last page of
the resume you prepared after you left Reproductive, and

LYNN T. SAN SOUCIE

40

1    it's identified as D15.  Is that right?

2        A.    Correct.

3        Q.    And you describe these presentations and

4    represent to prospective employers that you were involved

5    in these presentations.  Did you go to San Antonio,

6    Texas?

7        A.    That's the ASRM.  Yes.

8        Q.    You did go?

9        A.    Yes, I did go.

10       Q.    And did you go to Seattle, Washington in

11   October of 2002?

12       A.    No.

13       Q.    But you were involved in the development of

14   the materials that were presented in Seattle, Washington

15   in October 2002?

16       A.    Yes.

17       Q.    And you were attributed as one of the

18   participants in the preparation of those materials?

19       A.    Yes.

20       Q.    When you were at Reproductive, were you

21   involved in training other employees?

22       A.    Yes.

23       Q.    Which employees were you involved with?

24       A.    I helped train Linda Morrison, and I helped to

B - 40

LYNN T. SAN SOUCIE

41

1    train Dawn Prinz.  When I say helped to train, I wasn't

2    the only one that trained them.  Tsai also, the other

3    gentleman, did, too.

4         Q.   Did you train them with respect to how to work

5    in the endo/andro lab?

6         A.   Yes.

7         Q.   And, in fact, the two people that you just

8    mentioned, weren't you also involved in recruiting those

9    people and recommending that they be hired?

10        A.   I recommended to Marc to contact them, and he

11   did the interviewing, yes.

12        Q.   And hired them?

13        A.   He hired them.

14        Q.   Wasn't there also a third employee that you

15   recommended?

16        A.   That was a recommendation from Linda, really.

17   Bonnie was another girl.  I don't remember her last name.

18        Q.   Mm-hmm.

19        A.   Linda also helped to recommend Dawn, because

20   they were friends.  So we both recommended them.  But I

21   didn't know that much about Bonnie.

22        Q.   Did you also train Linda in the IVF lab?

23        A.   I helped to train her.  Marc really did the

24   training.  I would just be in there kind of to make sure

42

1    that it was done correctly or if she had a question.

2        Q.    A few minutes ago I started to hand you a

3    document that's marked as D34.  I couldn't find it.  Now

4    I've found it.  Can you identify that?

5        A.    That's a card.

6        Q.    That's a copy of your business card?

7        A.    Right.

8        Q.    And it describes the title that you indicated

9    you held?

10        A.    Right.

11        Q.    I want to turn in more detail to the duties

12    that you performed at Reproductive.

13                    Let's talk about egg retrievals.  What

14    did you do in that respect?

15        A.    You mean what is the procedure for that?

16        Q.    And what was your role in that procedure?

17        A.    Collecting the -- the physician would collect

18    the eggs, which would be Dr. Feinberg, into a tube.  The

19    medical assistant would help him and put the tube into

20    our department, and we would invert the tube into a dish

21    and look for eggs.  After we would find the eggs, we

22    would put them in their assigned spots under the

23    patient's name into the incubator and further process

24    them later.

LYNN T. SAN SOUCIE

43

Q.    When that process was going on, you had to be fast at performing that task?  There is some time pressure involved, is there not?

A.    There is a discrepancy in that.  You shouldn't be slow, but you don't need to be prodded to go faster with a stopwatch.

Q.    But you need to know what you are doing to be able to do it quickly?

A.    Yeah.  Yeah.

Q.    After the egg is retrieved, what is the next step?

A.    At Reproductive the next step is to trim the egg and put it into another dish that was already made up with drops of media from the incubator and put it away.

Q.    When you say clean the egg, is there an enzyme that you use that removes the cells that are surrounding the egg?

A.    That isn't what you do.  It's cutting with two needles the cumulus away.

Q.    And you do that because you need to be able to observe the egg more readily to determine when it's mature?

A.    No.

Q.    Why do you do that?

B - 43

CORBETT & ASSOCIATES

LYNN T. SAN SOUCIE

44

1      A.    It's just to process it to fit it into the

2  drops, I imagine.  It isn't done in every lab.

3      Q.    But is it correct to describe the process as

4  one of removing the cells surrounding the egg?

5      A.    That's a different thing that you are thinking

6  of.

7      Q.    Okay.  Well, tell me what I'm thinking of.

8      A.    You are thinking of hyaluronidase, when

9  someone is going to get ICSI, and that is stripping the

10  egg.  But that's a chemical process, and you use a

11  pipette, different pipettes to strip the egg to see if

12  it's matured.  That's something different.  That's done

13  later.

14      Q.    You did that?

15      A.    I did that.

16      Q.    And what happens if you do that task

17  improperly?

18      A.    If you try -- if you squeeze an egg in a

19  thinner pipette, you can remove the zona outside, or you

20  can -- I guess if you leave it in there long enough, you

21  can disintegrate the egg.

22      Q.    So you can destroy the egg if you don't do it

23  correctly.

24      A.    Yeah.  Yeah.

B - 44

CORBETT & ASSOCIATES

LYNN T. SAN SOUCIE

45

1    Q.    So you would agree that that requires some

2    skill to do that properly?

3    A.    Or the proper tools.

4    Q.    What is the next step in the IVF lab?

5    A.    You need to clarify if you are talking about

6    Reproductive Associates or any IVF lab.

7    Q.    Yes, Reproductive Associates.

8    A.    After it was put away, the eggs were put away,

9    we checked to see if sperm was ready and processed that.

10   Also we would -- what would we do next?  We would look at

11   the -- see if there was another patient coming through

12   after all the eggs were put away and cleaned up, and then

13   get ready to process the next patient.

14   Q.    At Reproductive, unlike some other labs, ICSI

15   was performed in all cases?

16   A.    Most cases.

17   Q.    And the reason for that is it maximizes the

18   potential fertilization?

19   A.    No, the reason for that is to get their rates

20   up, the pregnancy rates up.

21   Q.    So, in your professional opinion, you don't

22   see any value in doing ICSI in most cases?

23            MR. MARTIN:  I'm going to object again

24   to the form.  Go ahead.

LYNN T. SAN SOUCIE

46

1              THE WITNESS:  From what I've been told

2      and taught, the reason to do ICSI is if someone has a low

3      sperm count or infertility they've gone through three

4      times and their eggs didn't fertilize.

5      BY MR. WILLIAMS:

6          Q.    Have you been told that ICSI guarantees a

7      fertilization rate of 70 percent?

8          A.    I've been told that at Reproductive.

9          Q.    And do you have some basis for professionally

10     disagreeing with Dr. Feinberg's judgment on that issue?

11         A.    Well, I don't know if I'm qualified.  I only

12     know what I've been told.

13         Q.    Well, you expressed an opinion.

14         A.    Yes.

15         Q.    I'm just trying to explore what the basis for

16     your opinion is that the only reason to do that is to get

17     the rates up.  I assume that you believe you have some

18     basis for that opinion, an opinion which apparently

19     differs from Dr. Feinberg's opinion?

20         A.    The -- yeah, from what I've seen in the other

21     labs and from what I've been told in the other labs and

22     seen that to be true, if someone has normal sperm and

23     they haven't failed before, there isn't any reason to

24     subject them to that because you can injure eggs that

CORBETT & ASSOCIATES

1    way.

2        Q.    Have you studied fertilization rates with and

3    without the use of ICSI?

4        A.    We get them printed up at work, at my work all

5    the time.

6        Q.    What was the fertilization rate at

7    Reproductive on average?

8        A.    I believe they were 65 percent, I think.

9    Somewhere around there.

10       Q.    Take me to the next step in the in vitro

11   fertilization process?

12       A.    We would wait a couple of hours, usually after

13   lunchtime, and then the eggs would be stripped.  The

14   method they used there was firing polishing pipettes and

15   pulling them, which they had to be different sizes so you

16   had to get all different sizes, and you would put the

17   eggs in hyaluronidase and strip them.  These are the ones

18   for ICSI, which was every one.  And then put them back

19   into their dish to be ICSI'd by whoever after the sperm

20   was processed, which was Marc.

21       Q.    Do you then have to periodically observe the

22   eggs to determine when the egg is mature?

23       A.    When you are -- right before you are -- after

24   you strip them.  And you should know that before you go

CORBETT & ASSOCIATES          B - 47

LYNN T. SAN SOUCIE

48

1    to ICSI them.   You can only ICSI mature eggs.

2         Q.   So before you do that, part of the process in

3    the lab is you have to have the knowledge and skill to

4    make a judgment as to when an egg is mature.   Is that

5    correct?

6         A.   Yeah, you have to see a polar body on it.

7         Q.   And that involves discretion and judgment,

8    does it not?

9         A.   Not discretion and judgment.   If you look at

10   it and you see this little blip on the outside, you know

11   it's mature.   It's either there or it's not.

12        Q.   And that's something that you did?

13        A.   Mm-hmm.

14                  MR. MARTIN:   Yes?

15                  THE WITNESS:   Yes.

16   BY MR. WILLIAMS:

17        Q.   You also have to know what a fertilized egg

18   looks like?

19        A.   Yes.

20        Q.   And that's something that you did as well?

21        A.   Yes.

22        Q.   In addition, you have to know whether an egg

23   appears to be abnormally fertilized.   Is that right?

24        A.   Yes.

LYNN T. SAN SOUCIE

49

1      Q.    So you have to have the skill and training to

2   know the difference between an abnormally fertilized egg

3   and one that looks normal?

4      A.    Yes.

5      Q.    And that requires the exercise of judgment and

6   discretion, does it not?

7      A.    Yes.

8      Q.    And that's something you did?

9      A.    Yes.

10     Q.    You also along the way, throughout this

11  process there is documentation that you do in the lab.

12  Is that right?

13     A.    Yes.

14     Q.    When you were at Reproductive you would

15  appropriately document the important steps in the

16  process?

17     A.    Yes.

18     Q.    If, for example, there were 15 cases going

19  on -- do you know what I mean by cases?

20     A.    Yes.

21     Q.    -- in the IVF lab, would that be considered

22  busy for the people working in the IVF lab?

23     A.    Do you mean in a day or a week or over --

24     Q.    Over a period of a week or more.

CORBETT & ASSOCIATES

LYNN T. SAN SOUCIE

50

1                How long is the total process?

2        A.    They would have 15 max usually, didn't always

3    amount to that, in two weeks.  And that's not very busy.

4    That's very slow.

5        Q.    Okay.  What would you describe as being busy?

6        A.    Five and six a day.

7        Q.    And on those occasions were both you and Mark

8    Portmann principally working in the IVF lab?

9        A.    I think I remember one time when we had four

10   or five, maybe.  So, yes, we were both there.  Rarely did

11   we have more than four.

12       Q.    You were both there how often, how frequently

13   on average?

14       A.    Well, if we were up in cycle, we were there

15   all weekend, too.  So we were there seven days.  And that

16   would go on even the week after the retrieval, because

17   eggs have to incubate for five more days.  So it would be

18   like for three weeks straight.

19       Q.    Okay.  Approximately how much of your time did

20   you spend in the IVF lab as opposed to the endo/andro

21   lab?

22       A.    I didn't spend very much time in the

23   andro/endo lab once we were up in cycle.

24       Q.    You spent most of your time at that point

CORBETT & ASSOCIATES

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

LYNN SANSOUCIE,                    )
                                   )
        Plaintiff,                 )        C.A. No.  04-861-JJF
                                   )
            v.                     )        JURY TRIAL DEMANDED
                                   )
REPRODUCTIVE ASSOCIATES            )
OF DELAWARE, P.A.,                 )
                                   )
        Defendant.                 )

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2005, I electronically filed **APPENDIX**

**TO DEFENDANT REPRODUCTIVE ASSOCIATES OF DELAWARE, P.A.'S**

**ANSWERING BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR**

**SUMMARY JUDGMENT** with the Clerk of Court using CM/ECF which will send

notification of such filing(s) to the following:

> Jeffrey K. Martin, Esquire
> Margolis & Edelstein
> 1509 Gilpin Avenue
> Wilmington, DE  19806

David H. Williams (#616)
Jennifer L. Brierley (#4075)
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
dwilliams@morrisjames.com
Attorneys for Defendant
Dated:  March 14, 2005        Reproductive Associates of Delaware, P.A.

DHW/016459-0003/1096105/1