IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LYNN SANSOUCIE, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 04-0861-JJF |
| | : | |
| v. | : | |
| | : | |
| REPRODUCTIVE ASSOCIATES OF DELAWARE, P.A., | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT'S PROPOSED SPECIAL VERDICT**

David H. Williams, Esquire (ID#616)
Jennifer L. Brierley, Esquire (ID#4075)
MORRIS, JAMES, HITCHENS
& WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801-1621
(302) 888-6800
dwilliams@morrisjames.com
jbrierley@morrisjames.com
Attorneys for Defendant

Dated: May 3, 2005

## SPECIAL VERDICT

As part of your deliberations, please answer the following questions:

## LIABILITY

1. Do you find by a preponderance of the evidence that Ms. Sansoucie was exempt from the overtime requirements of the Fair Labor Standards Act because she was employed as a professional employee?

   Yes _____

   No _____

**[Answer Questions No. 2 only if you answered "Yes" to Question No. 1.]**

2. Do you find by a preponderance of the evidence that Reproductive Associates' violation of the FLSA was willful?

   Yes _____

   No _____

## DAMAGES

**[Answer Question No. 3A only if you answered "No" to Question No. 2.]**

3A. What back pay do you award Ms. Sansoucie calculated from July 14, 2002 until the date of her resignation (i.e., February 4, 2004)?

   Answer in dollars and cents $_____

**[Answer Question No. 3B only if you answered "Yes" to Question No. 2.]**

3B. What back pay do you award Ms. Sansoucie calculated from July 14, 2001 until the date of her resignation (i.e., February 4, 2004)?

   Answer in dollars and cents $_____

JLB/016459-0003/1165085/1

                                  MORRIS, JAMES, HITCHENS
                                  & WILLIAMS LLP

*/s/ Jennifer L. Brierley*

David H. Williams, Esquire (ID#616)
Jennifer L. Brierley, Esquire (ID#4075)
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801-1621
(302) 888-6800
dwilliams@morrisjames.com
jbrierley@morrisjames.com
Attorneys for Defendant

Dated: May 3, 2005

## CERTIFICATE OF SERVICE

I, Jennifer L. Brierley, hereby certify that on this 3rd day of May, 2005, I caused to be served a true and correct copy of Defendant's Proposed Special Verdict by electronic delivery and mail to:

>Jeffrey K. Martin
>Margolis Edelstein
>1509 Gilpin Avenue
>Wilmington, DE 19806

>Attorney for Plaintiff Lynn Sansoucie

*Jennifer L. Brierley*
Jennifer L. Brierley