# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

Jennifer L. Brierley
(302) 888-6848
jbrierley@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

May 3, 2005

The Honorable Judge Joseph J. Farnan, Jr.
United States District Court
Federal Building
844 N. King Street
Lock Box 27
Wilmington, DE 19801

RE:    Lynn Sansoucie v. Reproductive Associates of Delaware
       Civ. A. No. 04-861-JJF

Dear Judge Farnan:

Enclosed please find Defendant, Reproductive Associates' Proposed Voir Dire, Proposed Jury Instructions, and Proposed Special Verdict Form for your review. This case is currently scheduled for a pretrial conference on Thursday, May 5th. Thank you for your courtesy.

Respectfully submitted,

Jennifer L. Brierley

Enclosures
cc:    Clerk of the Court (By E-filing w/enclosures)
       Jeff Martin, Esquire (By E-filing w/ enclosures)

JLB/016459-0003/1165297/1

Bancroft (302) 655-2599             Dover (302) 678-8815             Newark (302) 368-4200