IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LYNN SANSOUCIE,                :
                               :
        Plaintiff,             :
                               :
    v.                         :   Civil Action No. 04-861 JJF
                               :
REPRODUCTIVE ASSOCIATES OF     :
DELAWARE, P.A.,                :
                               :
        Defendant.             :

### O R D E R

At Wilmington, this 4 day of May 2005, for the reasons set forth in the Opinion issued this date;

IT IS HEREBY ORDERED THAT:

1) Defendant's Motion For Summary Judgment (D.I. 25) is **GRANTED** and

2) Plaintiff's Motion For Summary Judgment (D.I. 23) is **DENIED**.

May 4, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE