IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LYNN SANSOUCIE,            :
                           :
        Plaintiff,         :
                           :
    v.                     :    Civil Action No. 04-861 JJF
                           :
REPRODUCTIVE ASSOCIATES OF :
DELAWARE, P.A.,            :
                           :
        Defendant.         :

### JUDGMENT IN A CIVIL CASE

For the reasons stated in the Court's Opinion and Order issued on May 4, 2005;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendant Reproductive Associates of Delaware and against Plaintiff Lynn SanSoucie on all claims.

_____
UNITED STATES DISTRICT JUDGE

_____
(By) Deputy Clerk