IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LYNN SANSOUCIE,              :
                             :
        Plaintiff,           :
                             :
    v.                       :    Civil Action No. 04-861 JJF
                             :
REPRODUCTIVE ASSOCIATES OF   :
DELAWARE, P.A.,              :
                             :
        Defendant.           :

## O R D E R

WHEREAS, the Court entered an Opinion in this matter on May 4, 2005 (D.I. 38);

WHEREAS, the last sentence of page 2 of the Opinion reads, "there must be enough evidence to enable a jury to reasonably find for the <u>nonmoving</u> on that issue" (emphasis added);

NOW THEREFORE, IT IS HEREBY ORDERED THAT said sentence will be corrected to read "there must be enough evidence to enable a jury to reasonably find for the nonmoving party on that issue."

June 2, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE